FILED
2019 OCT 21  AM 10: 50
MICHELLE M. WILSON, CLERK
U.S. BANKRUPTCY COURT
WESTERN DIST. OF MICHIGAN

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:

    Khan Aviation, Inc.

                Debtor.

Case No. 19-04261-swd

Chapter 11

Judge Scott W. Dales

### MOTION FOR ADMISSION *PRO HAC VICE* PURSUANT TO LBR 9010-3

Comes now, R. William Jonas Jr., of the law firm Hammerschmidt, Amaral & Jonas, and files this Motion for Admission *Pro Hac Vice* Pursuant to LBR 9010-3, (the "Motion"), on behalf of the Official Committee of Unsecured Creditors of Interlogic Outsourcing, Inc., et al[1], to appear in the above-captioned matter and all contested matters and adversary proceedings arising therein. In support of this Motion, the undersigned would show the Court:

1. I am licensed to practice in, and I am a member in good standing of the bar of the State of Indiana. My business address is Hammerschmidt, Amaral & Jonas, 137 N. Michigan St., South Bend, IN 46601. My telephone number is 574-282-1231. My email address is rwj@hajlaw.com.

2. I am admitted to practice in the following federal courts: Bankruptcy Court for the Northern District of Indiana, Bankruptcy Court for the Southern District of Indiana,

---

[1] These cases are currently pending in the Bankruptcy Court for the Northern District of Indiana. An Order for Joint Administration was entered by the Court for the Northern District of Indiana on August 16, 2019, with lead case No. 19-31445-hcd.

On August 22, 2019, pursuant to 28 US.C. § 586(a) and 11 US.C. § 1102, the Office of the United States Trustee appointed the Committee as an official committee to represent the interest of unsecured creditors of the Debtors.

District Court for the Northern District of Indiana, District Court for the Southern District of Indiana, United States Court of Appeals for the Seventh Circuit, and the United States Supreme Court.

3. I understand that I am bound by all rules, practices, and ethics that are applicable to attorneys admitted to practice before the United States District Court for the Western District of Michigan.

4. I will pay the fee required for *pro hac vice* admission to the Clerk of the Bankruptcy Court within fourteen (14) days of entry of the Order Granting Pro Hac Vice Admission pursuant to LBR 9010-3(c).

**WHEREFORE**, R. William Jonas, Jr., respectfully requests entry of an order, substantially in form attached hereto as **Exhibit A**, and for any other just and proper relief.

Dated: October 15, 2019.

Respectfully submitted,

_____
R. William Jonas, Jr. (#5025-71)
Hammerschmidt, Amaral & Jonas
137 N. Michigan St.
South Bend, IN 46601
Telephone:   574-282-1231
Fax:         574-282-1234
Email:       rwj@hajlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019, I sent the foregoing Motion for Admission *Pro Hac Vice* pursuant to LBR 9010-3 to the Clerk of the Bankruptcy Court for the Western District of Michigan via regular U.S. mail, postage prepaid, for filing. This Motion will be served upon all counsel and parties of record by the Court's ECF notification system when docketed by the Clerk of the Court.

_____
R. William Jonas, Jr. (#5025-71)

FILED 2019 OCT 21 AM 10: 51
MICHELLE M. WILSON, CLERK
U.S. BANKRUPTCY COURT
WESTERN DIST. OF MICHIGAN

**Exhibit A**

**(Proposed Order)**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re:<br><br>Khan Aviation, Inc.<br><br>Debtor. | Case No. 19-04261-swd<br><br>Chapter 11<br><br>Judge Scott W. Dales |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the Motion of R. William Jonas, Jr., dated October 15, 2019, for *Pro Hac Vice* admission in this bankruptcy case;

**IT IS HEREBY ORDERED**, that R. William Jonas, Jr., is admitted to practice, *pro hac vice*, in the above-captioned matter, and the contested matters and adversary proceedings arising therein, in the United States Bankruptcy Court, Western District of Michigan, subject to payment of the admission fee.

### END OF ORDER

Prepared and submitted by:

R. William Jonas, Jr., (#5025-71)
Hammerschmidt, Amaral & Jonas
137 N. Michigan St.
South Bend, IN 46601
Telephone:   574-282-1231
Fax:         574-282-1234
Email:       rwj@hajlaw.com