Fill in this information to identify the case:

Debtor name: **Khan Aviation, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**

Case number (if known): **19-04261**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property         12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

**Current value of debtor's interest**

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | 1st Source Bank | Business Checking | 0291 | $2,489.00 |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.**                                                               **$2,489.00**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
   Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | Prepayments made to City of Elkhart, Indiana for 1 year land lease of 2821 County Road 6 and 2228 Airport Drive. [approximate] | $8,000.00 |

9. **Total of Part 2.**                                                              **$8,000.00**
   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1

| Debtor | Khan Aviation, Inc. | Case number (If known) | 19-04261 |
|---|---|---|---|
| | Name | | |

### 10. Does the debtor have any accounts receivable?

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4: Investments

### 13. Does the debtor own any investments?

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

### 18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

### 27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

### 38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Tables, chairs, desks, and miscellaneous office furniture. | $2,993.00 | estimated | $10,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers/monitors/electronic/intel security system | $215.05 | Tax records | $350.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | | $10,350.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   Khan Aviation, Inc.                                    Case number (If known) 19-04261
         Name

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| **48.** Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** Aircraft and accessories | | | |
| 49.1. 2008 Cessna 560 S/N: 5600783 and two Pratt & Whitney Canada, Model PW535B jet engines (S/N: DE0066) and all systems, avionics, parts and components [FAA Registration No. N560CH] | $1,410,458.72 | Tax records | $3,000,000.00 |
| 49.2. 1975 Cessna 421B; S/N: 421B0926, with two Continental Motor GTSIO-520 engines and all systems, avionics, parts and components [Airframe, FAA Registration No. N421GC] | $42,784.20 | pending offer | $275,000.00 |
| 49.3. 1965 Fouga CM 170 Magister S/N: 472, Engine, Turbomeca Marbore VI-C2 and all systems, avionics, parts and components [Airframe FAA Registration No. N572PS] | $0.00 | ESTIMATE | $65,000.00 |
| **50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)<br>Parts & Equipment, including tug, and parts used to maintain and operate Aircrafts in Hanger 25 and 2900 Gateway Dr., Elkhart, IN | $0.00 | estimated | $20,000.00 |

**51. Total of Part 8.**                                                                 $3,360,000.00
Add lines 47 through 50. Copy the total to line 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

Case:19-04261-swd    Doc #:75-1    Filed: 10/31/19    Page 4 of 17

Debtor    Khan Aviation, Inc.                                    Case number (If known) 19-04261
          Name

- [ ] No. Go to Part 10.
- [x] Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Hanger 18 at 2321 County Road 6, Elkhart, Indiana 46514 Parcel 01-25-200-011-006 with assessed value $117300 aka "North Hangar" | Fee simple | $247,589.62 | Tax records | $250,000.00 |
| 55.2. Hanger 25 at 2228 Airport Drive, Elkhart, Indiana 46514 Parcel 02-30-126-018-027 assessed value $463800 (dispute as prior year @$184600) | Fee simple | $376,078.65 | Tax records | $275,000.00 |

56. **Total of Part 9.**                                                                                 $525,000.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - [ ] No
    - [x] Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - [x] No
    - [ ] Yes

## Part 10: Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

- [x] No. Go to Part 11.
- [ ] Yes Fill in the information below.

## Part 11: All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

- [ ] No. Go to Part 12.
- [x] Yes Fill in the information below.

                                                                              Current value of
                                                                              debtor's interest

71. **Notes receivable**
    Description (include name of obligor)

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 4
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | Khan Aviation, Inc. | Case number (If known) 19-04261 |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | |
| | * attributed to the period 1/1/2019 - Petition Date | Tax year  2019* | Unknown |
| 73. | **Interests in insurance policies or annuities**<br>Travelers Insurance Company by The Horton Group 340 Columbia Place, South Bend, IN 46601 - annual premium $3594 (12/30/19) for real property + liability insurance coverage (miscellaneous tools mobile equipment) | | $1.00 |
| | ALL Aircraft with hull coverage insured by QBE through LLJohns Aviation Insurance | | $1.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>KeyBank Trust account holding net proceeds from sale of 2007 Enstrom 480B Helicopter - wired 8/30/19 | | $525,000.00 |
| | Nature of claim     Turnover | | |
| | Amount requested           $525,000.00 | | |
| | Adversary Proceeding against KeyBank, N.A. for avoidance of July & August 2019 transfers | | Unknown |
| | Nature of claim     recovery of money and property, avoidance of mortgage,liens & security interests | | |
| | Amount requested           $1.00 | | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| 76. | **Trusts, equitable or future interests in property** | | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | |
| | Fuel prepaid and held by Indiana Flight Center | | $2,500.00 |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | | **$527,502.00** |
| 79. | Has any of the property listed in Part 11 been appraised by a professional within the last year?<br>☑ No<br>☐ Yes | | |

Debtor  **Khan Aviation, Inc.**  Case number *(If known)* **19-04261**
       Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,489.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,350.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,360,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................> | | $525,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $527,502.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,908,341.00  + 91b. | $525,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,433,341.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Khan Aviation, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | 19-04261 |

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| 2.1 | **KeyBank National Association**<br>Creditor's Name<br>**Attn: Mark R. Kleinhaut**<br>**66 South Pearl Street**<br>**Albany, NY 12207**<br>Creditor's mailing address<br><br>mark_d_kleinhaut@keybank.com<br>Creditor's email address, if known<br><br>Date debt was incurred<br>**July/August 2019 - Elkhart IN real property**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Hanger 18 Parcel 01-25-200-011-006 & Hanger 25 Parcel 02-30-126-018-027; Three aircraft; equipment**<br><br>Describe the lien<br>**Mortgage Assignmnt Lease Rents Contracts Sec Agrmnt Fixture recorded 8/9/19**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | $122,000,000.00 | $2,763,749.00 |
| 2.2 | **KeyBank National Association**<br>Creditor's Name<br>**Attn: Mark R. Kleinhaut**<br>**66 South Pearl Street**<br>**Albany, NY 12207**<br>Creditor's mailing address<br><br>mark_d_kleinhaut@keybank.com<br>Creditor's email address, if known<br><br>Date debt was incurred | Describe debtor's property that is subject to a lien<br>**2008 Cessna 560 S/N: 5600783 and two Pratt & Whitney Canada, Model PW535B jet engines (S/N: DE0066) and all systems, avionics, parts and components  [FAA Registration No. N560CH]**<br><br>Describe the lien<br>**Aircraft Security Agreement FAA**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No | | $1.00 | $3,000,000.00 |

| | | | | |
|---|---|---|---|---|
| Debtor | Khan Aviation, Inc.<br>Name | | Case number (if know) | **19-04261** |

| | | | | |
|---|---|---|---|---|
| | filed with FAA August 21 2019 [claim amount included above]<br>Last 4 digits of account number | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Do multiple creditors have an interest in the same property?<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. PNC Equipment Finance, LLC<br>2. KeyBank National Association | As of the petition filing date, the claim is:<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| 2.3 | **KeyBank National Association**<br>Creditor's Name<br><br>**Attn: Mark R. Kleinhaut**<br>**66 South Pearl Street**<br>**Albany, NY 12207**<br>Creditor's mailing address<br><br>**mark_d_kleinhaut@keybank.com**<br>Creditor's email address, if known<br><br>Date debt was incurred<br>**July/August 2019 [claim amount included above]**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**1975 Cessna 421B; S/N: 421B0926, with two Continental Motor GTSIO-520 engines and all systems, avionics, parts and components [Airframe, FAA Registration No. N421GC]**<br><br>Describe the lien<br>**Aircraft Security Agreement FAA**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $1.00 | $275,000.00 |
| | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| 2.4 | **KeyBank National Association**<br>Creditor's Name<br><br>**Attn: Mark R. Kleinhaut**<br>**66 South Pearl Street**<br>**Albany, NY 12207**<br>Creditor's mailing address<br><br>**mark_d_kleinhaut@keybank.com**<br>Creditor's email address, if known<br><br>Date debt was incurred<br>**July/August 2019 [claim amount included above]**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**1965 Fouga CM 170 Magister S/N: 472, Engine, Turbomeca Marbore VI-C2 and all systems, avionics, parts and components [Airframe FAA Registration No. N572PS]**<br><br>Describe the lien<br>**Aircraft Security Agreement FAA**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $1.00 | $65,000.00 |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

| Debtor | Khan Aviation, Inc. | Case number (if know) | 19-04261 |
|---|---|---|---|

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

**2.5 KeyBank National Association**
Creditor's Name
Attn: Mark R. Kleinhaut
66 South Pearl Street
Albany, NY 12207
Creditor's mailing address

mark_d_kleinhaut@keybank.com
Creditor's email address, if known

Date debt was incurred
**July 2019 [claim amount included above]**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Equipment, including tug, and parts used to maintain and operate Aircrafts in Hanger 25**

Describe the lien
**UCC filed 7/22/19 Indiana**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$1.00    $20,000.00

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

**2.6 PNC Equipment Finance, LLC**
Creditor's Name

4355 Emerald Street, Suite 100
Boise, ID 83706
Creditor's mailing address

terry.shulsky@bipc.com
Creditor's email address, if known

Date debt was incurred
**UCC 1/24/2017 + FAA filed 1/23/17**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**2008 Cessna 560 S/N: 5600783 and two Pratt & Whitney Canada, Model PW535B jet engines (S/N: DE0066) and all systems, avionics, parts and components [FAA Registration No. N560CH]**

Describe the lien
**UCC Lien 201700000637511, FAA recorded 2/25/17**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$1,706,250.00    $3,000,000.00

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$123,706,254.00**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

| Debtor | Khan Aviation, Inc. | Case number (if know) | 19-04261 |
|---|---|---|---|
| | Name | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Department of Transportation<br>Federal Aviation Administratn<br>FAA Aircraft Registry<br>P.O. Box 25504<br>Oklahoma City, OK 73125 | Line 2.6 | 6755 |
| Department of Transportation<br>Federal Aviation Administratn<br>FAA Aircraft Registry<br>P.O. Box 25504<br>Oklahoma City, OK 73125 | Line 2.3 | |
| Department of Transportation<br>Federal Aviation Administratn<br>FAA Aircraft Registry<br>P.O. Box 25504<br>Oklahoma City, OK 73125 | Line 2.4 | |
| Terry L Shulsky<br>Buchanan Ingersoll & Rooney<br>One Oxford Centre<br>301 Grant Str, 20th Floor<br>Pittsburgh, PA 15219-1410 | Line 2.6 | PNCEF |
| Thompson Hine, LLP<br>Attn: Curtis Tuggle & David Thomas Esqs<br>127 Public Square<br>300 Key Center<br>Cleveland, OH 44114 | Line 2.1 | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Khan Aviation, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | 19-04261 |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                                                                                                                                                                                |                                                                                                                                                                       | Total claim | Priority amount |
|-----|-----|-----|-----|-----|
| 2.1 | Priority creditor's name and mailing address<br>**Elkhart County Treasurer**<br>**117 N 2nd Street**<br>**Ste 201**<br>**Goshen, IN 46526** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1.00 | $1.00 |
|     | Date or dates debt was incurred<br>**Fall installments due 11/2019** | Basis for the claim:<br>**real property taxes parcel 01-25-200-0110-006, 02-30-126-018-027** | | |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Indiana Dept. of Revenue**<br>**PO Box 7206**<br>**Indianapolis, IN 46207-7206** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|     | Date or dates debt was incurred<br>**FOR NOTICE ONLY** | Basis for the claim:<br>**Sales Tax return due 10/20/2019** | | |
|     | Last 4 digits of account number **0145**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Khan Aviation, Inc. | Case number (if known) | 19-04261 |
|---|---|---|---|
| | Name | | |

### 2.3
**Priority creditor's name and mailing address**
**Internal Revenue Service**
**Centralized Insolvency**
**Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred
**FOR NOTICE ONLY**

Basis for the claim:

Last 4 digits of account number **0145**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

### 2.4
**Priority creditor's name and mailing address**
**Michigan Dept of Treasury**
**Office of Collections**
**PO Box 30199**
**Lansing, MI 48909**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred
**FOR NOTICE ONLY**

Basis for the claim:

Last 4 digits of account number **0145**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

### 2.5
**Priority creditor's name and mailing address**
**Michigan ESC**
**Unemployment Insurance Agency**
**11th Floor, Tax Office**
**3024 W. Grand Blvd.**
**Detroit, MI 48202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred
**FOR NOTICE ONLY**

Basis for the claim:

Last 4 digits of account number **0145**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1
**Nonpriority creditor's name and mailing address**
**City of Scottsdale**
**Airport Billing**
**PO Box 1570**
**Scottsdale, AZ 85252-1570**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$235.96

Date(s) debt was incurred **aug sept oct**

Basis for the claim: **access permits jets**

Last 4 digits of account number **1893**

Is the claim subject to offset? ■ No ☐ Yes

### 3.2
**Nonpriority creditor's name and mailing address**
**COMCAST Business**
**1701 JFK Blvd**
**Philadelphia, PA 19103-2838**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$251.83

Date(s) debt was incurred **current**

Basis for the claim: **comcast at 2321 CR6, Elkhart, IN**

Last 4 digits of account number **9344**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Khan Aviation, Inc. | Case number (if known) | 19-04261 |
|---|---|---|---|
| | Name | | |

**3.3 Nonpriority creditor's name and mailing address**
Elkhart Public Utilities
1201 S Nappennee St
Elkhart, IN 46516

Date(s) debt was incurred  current
Last 4 digits of account number  6002

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  service at 2321 CR6, Hangar North, Elkhart, IN

Is the claim subject to offset?  ■ No  ☐ Yes

$35.75

---

**3.4 Nonpriority creditor's name and mailing address**
Frontier Communications
PO Box 5157
Tampa, FL 33675

Date(s) debt was incurred  current
Last 4 digits of account number  2915

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  telephone at 2321 CR6, Elkhart, IN

Is the claim subject to offset?  ■ No  ☐ Yes

$72.50

---

**3.5 Nonpriority creditor's name and mailing address**
IN MI Power
P.O. Box 24401
Canton, OH 44701-4401

Date(s) debt was incurred  current
Last 4 digits of account number  8116

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  electric service at 2228 Airport Dr Hangar #25

Is the claim subject to offset?  ■ No  ☐ Yes

$205.10

---

**3.6 Nonpriority creditor's name and mailing address**
IN MI Power
P.O. Box 24401
Canton, OH 44701-4401

Date(s) debt was incurred  current
Last 4 digits of account number  7200

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  electric service at 2321 CR6, Hangar North, Elkhart, IN

Is the claim subject to offset?  ■ No  ☐ Yes

$1,296.12

---

**3.7 Nonpriority creditor's name and mailing address**
Indiana Flight Center
Elkhart Municipal Airport
2128 Airport Drive
Elkhart, IN 46514

Date(s) debt was incurred  2019
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services

Is the claim subject to offset?  ■ No  ☐ Yes

$1,300.00

---

**3.8 Nonpriority creditor's name and mailing address**
Insured Aircraft Title Service
Attn Joan Roberts
21 East Main Street
Ste 100
Oklahoma City, OK 73104

Date(s) debt was incurred  2019
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Escrow agent fees for sale of aircraft

Is the claim subject to offset?  ■ No  ☐ Yes

$1.00

---

**3.9 Nonpriority creditor's name and mailing address**
MCI
P.O. Box 4830
Trenton, NJ 08650-4830

Date(s) debt was incurred  current
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  telephone at 2321 CR6, Elkhart, IN

Is the claim subject to offset?  ■ No  ☐ Yes

$30.26

---

| Debtor | Khan Aviation, Inc. | Case number (if known) | 19-04261 |
|---|---|---|---|
| | Name | | |

### 3.10
**Nonpriority creditor's name and mailing address**
Najeeb Khan
23433 Lakeview Drive
Edwardsburg, MI 49112

Date(s) debt was incurred **various throughout 25 years**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Shareholder Notes as of 12/31/2018 Balance Sheet & IRS 1120S Schedule

Is the claim subject to offset? ■ No  ☐ Yes

**$6,720,773.83**

### 3.11
**Nonpriority creditor's name and mailing address**
Nancy Khan
c/o Warner Norcross + Judd LLP
Stephen B. Grow
101 Lyon St. N.W. Ste 900
Grand Rapids, MI 49503

Date(s) debt was incurred **FOR NOTICE ONLY**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

### 3.12
**Nonpriority creditor's name and mailing address**
NIPSCO
P.O. Box 13007
Merrillville, IN 46411-3007

Date(s) debt was incurred **current**

Last 4 digits of account number **0003**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** gas service at 2228 Airport Dr., Hangar #25 S Elkhart, IN

Is the claim subject to offset? ■ No  ☐ Yes

**$56.71**

### 3.13
**Nonpriority creditor's name and mailing address**
Office of the US Trustee
The Ledyard Bldg, 2nd Fl
125 Ottawa NW, Ste 200R
Grand Rapids, MI 49503

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

### 3.14
**Nonpriority creditor's name and mailing address**
PNC Bank, N.A.
Jennifer Callen VP c/o counsel
Terry A Shulsky
301 Grant St., 20th Floor
Pittsburgh, PA 15219-1410

Date(s) debt was incurred **01/23/2017 ISDA Master Agreement**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** as supplemented by Confirmation Letter #MX_117641 "Swap Documents" - EARLY TERMINATION BY PNC BANK DUE TO CHAPTER 11 FILING

Is the claim subject to offset? ■ No  ☐ Yes

**$19,359.00**

### 3.15
**Nonpriority creditor's name and mailing address**
Shoff Security Services, Inc
722 Middleton Run Road
Elkhart, IN 46516

Date(s) debt was incurred **september october**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** monthly security monitoring Hangar #25

Is the claim subject to offset? ■ No  ☐ Yes

**$175.50**

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Debtor | Khan Aviation, Inc. | Case number (if known) | 19-04261 |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 1.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 6,743,793.56 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 6,743,794.56 |

**Fill in this information to identify the case:**

Debtor name: Khan Aviation, Inc.

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known): 19-04261

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Land lease of Hanger 25 at 2228 Airport Drive, Unit 64 and Hanger 18 at 2821 CR6, Elkhart, IN 46514 | |
| | State the term remaining | 1 year | City of Elkhart<br>AVIATION DEPARTMENT<br>1211 County Road West<br>Elkhart, IN 46514 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | 7/23/19 Lease of building known as Hanger 18 at Elkhart Indiana Municipal Airport | |
| | State the term remaining | month to month @$10 | KeyBank National Association<br>Attn: Mark R. Kleinhaut<br>66 South Pearl Street<br>Albany, NY 12207 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Aircraft Listing Agreement for 2008 Cessna 560 Encore Plus / 2.5% of Sales Price | |
| | State the term remaining | terminate with at least 10 days written notice | Randall L Sharkey<br>Goshen Airport<br>Goshen, IN |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name: **Khan Aviation, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known): **19-04261**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*  *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Interlogic Outsourcing, Inc. | c/o Andrew T Kight<br>Jacobson Hile Kight LLC<br>One Indiana Square, Ste 1600<br>Indianapolis, IN 46204<br>Ch11 USBCNDIN #19-31445 | KeyBank National Association | ☑ D  2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Interlogic Outsourcing, Inc. | c/o Andrew T Kight<br>Jacobson Hile Kight LLC<br>One Indiana Square, Ste 1600<br>Indianapolis, IN 46204<br>Ch11 USBCNDIN #19-31445 | KeyBank National Association | ☑ D  2.5<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Najeeb Khan | 23433 Lakeview Drive<br>Edwardsburg, MI 49112<br>Ch11 USBCWDMI #19-04258 | KeyBank National Association | ☑ D  2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Najeeb Khan | 23433 Lakeview Drive<br>Edwardsburg, MI 49112<br>Ch11 USBCWDMI #19-04258 | PNC Equipment Finance, LLC | ☑ D  2.6<br>☐ E/F ____<br>☐ G ____ |