## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Case No. 19-04261-SWD |
| KHAN AVIATION, INC. | Chapter 11 |
| Debtor. | |

## CORRECTED NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW undersigned counsel on behalf of the Official Committee of Unsecured Creditors in the matter of *In re Najeeb Ahmed Khan*, Case No. 19-04258-SWD (Bankr. W.D. Mich.) (the "**Khan Committee**") and hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case and any cases consolidated herewith relating to the captioned case, be served upon the Khan Committee:

> Mark A. Mintz
> Jones Walker LLP
> 201 St. Charles Avenue, Suite 5100
> New Orleans, Louisiana  70170-5100
> Tel:  504-582-8368
> Fax:  504-589-8368
> mmintz@joneswalker.com

> Jeffrey R. Barber
> Jones Walker LLP
> 190 E. Capitol Street, Suite 800
> Jackson, Mississippi 39201
> Tel: 601-949-4765
> Fax: 601-949-4804
> jbarber@joneswalker.com

{N3921773.2}

This request encompasses all notices, copies and pleadings referred to in 11 U.S.C. § 1109(b) or Rules 2002, 3017 or 9007 of the Bankruptcy Rules, including, without limitation, notices of any orders, motions, complaints, petitions, pleadings or requests, applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted by mail, delivery, telephone, telex or otherwise which affects or seeks to affect the captioned case.

Dated November 15, 2019.

        Respectfully submitted,

        */s/ Mark A. Mintz*
        MARK A. MINTZ (LA Bar No. 31878)
        (admitted *pro hac vice*)
        Jones Walker LLP
        201 St. Charles Avenue, 49th Floor
        New Orleans, Louisiana 70170-5100
        Telephone: (504) 582-8368
        Fax: (504) 589-8368
        mmintz@joneswalker.com

        ***Counsel for the Official Committee of Unsecured Creditors of Najeeb Ahmed Khan***

## **CERTIFICATE OF SERVICE**

I certify that on November 15, 2019, a copy of the foregoing was served on all registered parties through the CM/ECF system for the United States Bankruptcy Court for the Western District of Michigan.

*/s/ Mark A. Mintz*
MARK A. MINTZ