IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

KHAN AVIATION, INC.,

                          Debtor.

Bankruptcy No. 19-04261-SWD
Honorable Scott W. Dales
Chapter 11

**NOTICE OF MOTION (AND PROPOSED ORDER) AND OPPORTUNITY TO OBJECT**

 PNC Equipment Finance, LLC has filed a Motion for Relief from Automatic Stay and has requested the Court to enter an Order for Relief from Automatic Stay.

 Your rights may be affected.  You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

 If you do not want the Court to enter the Order for Relief from Automatic Stay, or if you want the Court to consider your views on the Motion, within 14 days, you or your attorney must:

 1. File with the Court a written response or an answer, explaining your position, at[1]:

  United States Bankruptcy Court
  One Division Ave., N.W.
  Grand Rapids, Michigan 49503

 If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

 You must also mail a copy to:

  Lisa A. Hall
  Plunkett Cooney
  333 Bridge Street NW, Suite 530
  Grand Rapids, MI  49504

---

[1] Response or answer must comply with F.R. Civ. P. 8(b), (c) and (e).

Daniel J. Skekloff
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

Denise D. Twinney
Robert F. Wardrop, II
Wardrop & Wardrop, P.C.
300 Ottawa Avenue, N.W., Ste 150
Grand Rapids, MI 49503
(616) 459-1225

Kevin M. Smith
Beadle Smith PLC
445 South Livernois
Suite 305
Rochester Hills, MI 48307

Office of The United States Trustee
125 Ottawa, N.W., Suite 200R
Grand Rapids, Michigan 49503

2.      If a response or answer is timely filed and served, the Clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion or objection and may enter an order granting that relief.

Dated:  December 13, 2019              PLUNKETT COONEY
                                       Attorneys for PNC Equipment Finance, LLC

                                       By: /s/ Lisa A. Hall
                                          Lisa A. Hall (P70200)
                                       BUSINESS ADDRESS:
                                       333 Bridge Street NW, Suite 530
                                       Grand Rapids, MI  49504
                                       Direct: (616) 752-4615
                                       lhall@plunkettcooney.com

Open.03654.94328.23294654-1