**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

IN RE:

KHAN AVIATION, INC.,                              Bankruptcy No. 19-04261-SWD
                                                  Honorable Scott W. Dales
                    Debtor.                       Chapter 11

## ORDER

AND NOW, this ___ day of _____, 20___, the Court having considered the Motion of PNC Equipment, LLC ("PNCEF"), for an Order Granting Relief from the Automatic Stay (the "Motion"), it is hereby ORDERED, ADJUDGED and DECREED that:

The Motion is GRANTED; and it is further

ORDERED that PNCEF is hereby granted relief from the automatic stay as to (i) 2008 CESSNA, Model Number 560, Manufacturer Serial Number 5600783 (aka 560-0783 on the International Registry drop down menu), United States FAA Registration Number N560CH, and two (2) PRATT & WHITNEY CANADA Model Number PW535B (aka PW500 SERIES on the International Registry drop down menu) engines, Manufacturer Serial Numbers PCE-DE0066 (aka DE0066 on the International Registry drop down menu) and PCE-DE0067 (aka DE0067 on the International Registry drop down menu) (collectively, the "Cessna 560") and (ii) all collateral described in the Security Agreement (collectively, the "Aircraft Collateral"); and it is further

ORDERED, that the Debtor and/or the Trustee is required to surrender the Cessna 560 and related Aircraft Collateral to PNCEF; and it is further

1

ORDERED that the relief granted in this Order is immediate and, to the extent it is applicable, the fourteen (14) day requirement of Bankruptcy Rule 4001(a)(3) is hereby waived.

**END OF ORDER**

Open.03654.94328.23294990-1