**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN (GRAND RAPIDS)**

**IN THE MATTER OF:**

| | |
|---|---|
| Khan Aviation, Inc., | Bankruptcy Case No. 19-04261-swd |
| | Honorable Scott W. Dales |
| Debtor. | Chapter 11 |
| _____/ | |

**ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO SELL AIRCRAFT FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES WITH ANY AND ALL LIENS, INTERESTS AND ENCUMBRANCES ATTACHING TO THE PROCEEDS OF SALE PURSUANT TO 11 U.S.C. §363(b) AND §363(f) AND TO PAY BROKER'S COMMISSION AND CLOSING COSTS**

PRESENT: **HONORABLE JUDGE DALES**
UNITED STATES BANKRUPTCY JUDGE

This matter having come before this Honorable Court based upon the Trustee's Motion for Authority to Sell Aircraft Free and Clear of All Liens, Interests and Encumbrances with Any and All Liens and Encumbrances Attaching to the Proceeds of Sale Pursuant to 11 U.S.C. §363(b) and §363(f) and to Pay Broker's Commission and Closing Costs ("Motion")(DN 121) filed on December 3, 2019; no objections having been filed to the Trustee's Motion; notice having been provided properly pursuant to Rule 2002 and 9014 of the Federal Rules of Bankruptcy Procedures; and the Court being fully advised in the premises;

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED** that the Trustee's Motion is granted in its entirety and the Trustee, Kelly M. Hagan, is authorized to sell the Aircraft described as a Cessna model 421B aircraft bearing serial number 421B0926 with two Continental GTSIO-520 engines ("Aircraft") more fully described in the Aircraft Purchase Agreement in the amount of at least Two Hundred Sixty-Five Thousand Dollars ($265,000.00) pursuant to 11 U.S.C §363(b) and free and clear of any liens,

interests and encumbrances pursuant to 11 U.S.C. §363(f), including but not limited to, the Security Agreement granted in favor of KeyBank National Association dated July 19, 2019.

**IT IS FURTHER ORDERED** that the Trustee be and is hereby authorized and empowered to execute and deliver such instrument or instruments as are reasonably necessary to consummate said sale.

**IT IS FURTHER ORDERED** that the Trustee is authorized to pay any fees or taxes associated with the sale of the Aircraft, escrow fees, and normal closing costs charged the Seller.

**IT IS FURTHER ORDERED** that the Trustee is authorized to pay the Broker's commission to Goshen Air Center in the amount of 2.5% of the gross sales price at closing.

**IT IS FURTHER ORDERED** that the fourteen-day stay period set forth in Rule 6004(h), Federal Rules of Bankruptcy Procedure, is hereby waived.

**END OF ORDER**

Prepared by:
Kevin M. Smith (P48976)
Beadle Smith, PLC
445 S. Livernois Road, Suite 305
Rochester Hills, MI 48307
(248) 650-6094
ksmith@bbssplc.com



**IT IS SO ORDERED.**

**Dated January 3, 2020**

_____
Scott W. Dales
United States Bankruptcy Judge