**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

In re:                                                     Hon. Scott W. Dales

KHAN AVIATION, INC.,                          Case No. 19-04261-SWD

                                                             Chapter 11

          Debtor
_____/

**RULE 6004(f)(1) SALE REPORT**

      Pursuant to Fed.R.Bankr.P. 6004(f)(1), Kelly M. Hagan ("Trustee"), the duly-appointed chapter 7 trustee in this case, for her *Rule 6004(f)(1) Sale Report* states as follows:

      1.    Debtor Khan Aviation, Inc. filed this case under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101 et seq. on October 8, 2019.

      2.    Pursuant to an order confirming sale entered by this Court on February 12, 2020, Trustee sold a 2008 Cessna Model 560, FAA Reg. No. N560CH.

      3.    The property was sold through a broker to 600418 Saskatchewan Ltd. for $2,570,000.00.

                                                                 Respectfully submitted,

Dated:  March 9, 2020                        /s/ Kelly M. Hagan
                                                                Kelly M. Hagan
                                                                Chapter 7 Trustee
                                                                Hagan Law Offices PLC
                                                                P.O. Box 6844
                                                               Traverse City, MI 49696
                                                               (231) 938-7095